IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BARCLIFF, LLC, d/b/a RADCLIFF/  :
ECONOMY MARINE SERVICES,
                                :
   Plaintiff,
                                :
vs.                                              CA 14-0590-C
                                :                (ADMIRALTY)
M/V DEEP BLUE, IMO NO. 9215359, her
engines, apparel, furniture, equipment,   :
appurtenances, tackle, etc., *in rem,*
                                :
   Defendant.

**ORDER**

The undersigned learned on January 22, 2016 that he will have not have access to a courtroom on February 17-19, 2016 that will allow the presentation of live testimony of witnesses via remove video linkup.[1] Because intervenor ING Bank (and perhaps defendant M/V DEEP BLUE) intends to present live testimony in this case via remote video linkup, it is now necessary for the Court to **CANCEL** the trial of this matter on February 17-19, 2016. The parties are requested to advise the Court of their availability in March for rescheduling the trial of this matter.[2]

**DONE** and **ORDERED** this the 25th day of January, 2016.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The undersigned's courtroom is not equipped for such testimony and the courtrooms of Judge Callie Granade and Senior Judge Charles R. Butler are unavailable due to previously scheduled repairs being performed that week, as well as the week of February 22, 2016. In addition, Judge Steele's courtroom is unavailable because he has two cases scheduled to go to trial that week and Judge DuBose's courtroom is unavailable because she anticipates the scheduling of several criminal trials that week.

[2] The undersigned notes his availability during the weeks of March 7, 2016, March 14, 2016, and March 21, 2016, save for the afternoon of March 11, 2016.