# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BARCLIFF, LLC, dba Radcliff/Economy Marine Services,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 1:14-cv-00590** |
| ) | |
| **M/V DEEP BLUE, IMO NO. 9215359,** ) | Filed under Rule 9(h) Fed. R. Civ. P. |
| **her engines, apparel, furniture, equipment,** ) | |
| **appurtenances, tackle, etc.,** *in rem*, ) | **(ADMIRALTY)** |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Barcliff, LLC, dba Radcliff/Economy Marine Services, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the October 21, 2016, Judgment (R. Doc. 96) and Orders (R. Doc. 93 and 103) entered in favor of Technip UK Ltd., owner of the M/V DEEP Blue, and intervenor ING Bank, and from any and all related orders and opinions therein or upon which the Judgment and/or Orders are based.

Respectfully submitted,

*/s/ Gilbert L. Fontenot*
GILBERT L. FONTENOT (FONTG6641)
MAPLES & FONTENOT, LLP
Attorneys for the Plaintiff
Post Office Box 1281
Mobile, Alabama 36633
(251) 445-2083
gus@maplesfontenot.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record on this 23rd day of December, 2016.

Thomas S. Rue
J. Marshall Gardner
Maynard Cooper & Gale, P.C.
11 North Water Street, Ste. 27000
Mobile, AL 36602

and

Bruce G. Paulsen
Brian P. Maloney
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

**Attorneys for ING Bank, as Security Agent**

R. Scott Jenkins
William C. Baldwin
Jones Walker LLP
201 St. Charles Avenue - Suite 4800
New Orleans, Louisiana 70170

and

Matthew C. McDonald
RSA Battle House Tower - Suite 1200
11 N. Water Street
Mobile, AL 36602

**Attorneys for Technip UK Limited**

                                          */s/ Gilbert L. Fontenot*
                                          GILBERT L. FONTENOT